# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| Zyvan Lee, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| | ) | No. 5:07-CV-407-BR |
| United States of America, | ) | |
|     Defendant. | ) | |

**Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

    **IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to dismiss is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

**THIS JUDGMENT FILED AND ENTERED ON DECEMBER 4, 2007 and COPIES TO:**

Zyvan Lee
2 Hummingbird Land
Durham, NC 27712


R. A. Renfer, Jr.
U.S. Attorney's Office
310 New Bern Ave.
Suite 800


**DECEMBER 4, 2007**　　　　　　　　　　　　　　　　/s/ DENNIS P. IAVARONE, Clerk